**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

MARK MORRIS                                                                                                   PLAINTIFF
ADC #156949

v.                                              NO: 1:15CV00014 JLH

TIMMIE LOGGAINS, *et al*.                                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of May, 2016.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE